US District Court for the Western District of Kentucky
Paducah Division
501 West Broadway Street
Paducah, KY 42001

5:22-CV-92-BJB

**ROBERT HEPPPE & RONDA HEPPE, HIS WIFE**  PLAINTIFFS
VS.
**INGRAM BARGE COMPANY LLC**
  Serve Kentucky Registered Process Agent:
    CT Corporation System
    306 W. Main Street, Suite 512
    Frankfort, KY 40601                              DEFENDANTS

### COMPLAINT

Plaintiff for complaint states as follows.

1. This action is brought on the Admiralty side of general maritime law and the Jones Act.
2. This action is filed without prepayment of costs, pursuant to 28 USC 1916 § 2, & U.S. Sup. Ct. Rule 40.
3. Defendant Ingram Barge Company LLC is a limited liability company with principal office at One Belle Meade Place, 4400 Harding Road, PO Box 23049, Nashville, TN 37202, and a center of operations at 1000 S. Third Street, Paducah, KY 42003.
3. Plaintiff Robert Heppe, at all relevant times, was a bona fide member of an assembled crew of what he understood to be the MV "C. A Johnson," and the vessel to which he was crewed was owned/operated by defendant Ingram Barge Company LLC.
4. On or about 07/29/2018, while on the Kentucky side of the Mississippi River adjacent to Columbus, Kentucky, plaintiff was injured and became disabled from his injuries.
5. The vessel was unseaworthy at the moment when plaintiff sustained injury, which caused plaintiff's injury.
6. The defendant negligently crewed and operated and maintained the vessel, which caused plaintiff's injury.
7. As a result, plaintiffs have suffered loss in the nature of pain, suffering, mental anguish and inconvenience, medical expense and future medical expense, wage and income loss, diminution of earning capacity, permanent injury/disability, loss of enjoyment of life, and loss of consortium, all to their loss in such amount as may be determined by the trier of the facts, not exceeding $5,000,000.00.
8. The limitation deadline to file suit in this case has been contractually extended to December 31st, 2022.

WHEREFORE, plaintiffs request trial (not by jury), judgment for money damages pursuant to the general maritime law and the Jones Act, including maintenance-and-cure to the extent not already paid, and damages in strict liability on account of Robert Heppe's injuries due to the unseaworthiness of the vessel, and damages pursuant to the Jones Act, in such amount(s) as the proof may warrant, not exceeding $5,000,000.00, as well as pre-judgment and post-judgment interest, and costs.

s/ Lucius Hawes
Lucius Hawes Law Firm
Plaintiff's Counsel
P.O. Box 655
Hopkinsville, KY 42241
Tel. 270-885-1825 | Fax 270-885-8329
lucius@luciushaweslaw.com